Seglenda Crigler, Per Se
1230 Market Street #620
San Francisco, CA 94102
(415)545-3855  Fax(916)444-3541



**FILED**

JUL 05 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:13 - CV - 1 3 4 3 JAM KJN PS

| | |
|---|---|
| Seglenda Crigler | Case No.: |
| Plaintiff, | COMPLAINT |
| vs. | |
| American Stock Transfer & Trust Company, LLC | |
| Defendant, | |

Plaintiff alleges Defendant deliberately misrepresented stock:

1.   The Defendant, American Stock Transfer & Trust Company, LLC, for bias reasons, commencing February 2009, deliberately misrepresented, the Plaintiff's stock earnings. The Plaintiff purchased this stock from Sempra Energy in January 2009. The Plaintiff wrote the Defendant, urging the Defendant to correct this predicament. The Defendant never responded to the Plaintiff's letter. The Defendant has increased their ludicrous calculation of

1

the Plaintiff's stock earnings for the past five years. The Defendant has displayed over the past five years, brazen, and ridiculous behavior, in writing unnecessary material on the Plaintiff's investment statements. The Plaintiff, if interested, could review this material in the Defendant's brochure, or prospectus.

   2.   The Defendant in deliberately misrepresenting, the Plaintiff's stock earnings, is making mockery of the New York Stock Exchange system, in calculating percentage returns, the company, Sempra Energy (SRE), grant their investors. The Defendant, American Stock Transfer & Trust Company, LLC, has computed the Plaintiff's total shares at 12.661, and dollars at $1,036.82. This is reflected on the Plaintiff's, March 28, 2013 investment statement. When calculated accurately, the percentage returns, since the inception of the Plaintiff's purchase of one share in penny stock at $13.62, and based on Sempra Energy's percentage returns, and the monthly credit issued each investor, the Plaintiff's shares in multiplying, the sum $13.62, with the various percentage returns, listed on the New York Stock Exchange, for Sempra Energy (SRE), and adding these percentage returns to the sum for the past five years, is 2,536,843,238 shares, and $68,494,767,432 dollars, since June 28, 2013.

   3.   The Defendant, American Stock Transfer & Trust Company, LLC blatant behavior, and gross negligence, against the Plaintiff's

penny stock investing, is contempt, and prejudice for penny stock investors. The Defendant's misrepresentation, or concealment, of the Plaintiff's stock earnings, is direct violation of 18 USCS Section 1348 of fraud. The Defendant is liable, and violated, the Plaintiff's civil rights under the Fourteenth Amendment that states: "All person born, or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States, and of the state wherein they reside. No state shall make, or enforce any law which shall abridge the privileges, or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law." The Defendant, American Stock Transfer & Trust Company, LLC deprived, the Plaintiff her property in deliberately misrepresenting, or concealing, the Plaintiff's stock earnings.

    4.    The Plaintiff is seeking compensatory in the amount of $68,494,767,432, and punitive damage in the amount of $1,000,000, for the Defendant's gross negligence in misrepresenting the Plaintiff's stock earnings.

    WHEREFORE, the Plaintiff prays for judgment against the Defendant in the amount of $68,495,767,432.

1 | DATED: July 5, 2013

Seglenda Crigler
Seglenda Crigler



**INVESTMENT STATEMENT**

AST AMERICAN STOCK Transfer & Trust Company, LLC
PO BOX 922
WALL STREET STATION
NEW YORK, NY 10269-0560
INTERNET WEBSITE: WWW.AMSTOCK.COM
TELEPHONE NUMBER: 877-773-6772

Sempra Energy

130415.0039.3069.01.01
SEGLENDA CRIGLER
1230 MARKET ST 620
SAN FRANCISCO, CA 94102-4801

### CURRENT DIVIDEND INFORMATION

| ACCOUNT NUMBER | 6000002026 |
|---|---|
| RECORD DATE | 03/28/2013 |
| PAYABLE DATE | 04/15/2013 |
| DIVIDEND RATE | .630000 |
| GROSS DIVIDEND AMOUNT | 7.92 |
| TAX WITHHELD | .00 |
| NET DIVIDEND AMOUNT | 7.92 |

|  | RECORD DATE CERTIFICATE(S) | RECORD DATE BOOK SHARES | RECORD DATE PLAN SHARES |
|---|---|---|---|
| SHARES | .000 | .000 | 12.564 |
| DOLLARS | .00 | .00 | 7.92 |

### YEAR-TO-DATE TRANSACTIONS

| TRANSACTION DATE | TYPE | TRANSACTION AMOUNT | SERVICE CHARGE | PRICE PER SHARE | TRANSACTION SHARES | SHARES HELD BY US IN PLAN ACCOUNT | TRANSACTION TYPE |
|---|---|---|---|---|---|---|---|
|  |  | BALANCE FORWARD |  |  |  | 12.461 |  |
| 10/16/2012 |  |  |  |  |  | 12.564 |  |
| 01/15/2013 | 60 | 7.48 | .00 | 72.6160 | 0.103 | 12.661 |  |
| 04/15/2013 | 60 | 7.92 | .00 | 81.8905 | 0.097 |  |  |

Transaction Types:
51 Prior share balance
60 Shares purchased with dividend
61 Shares purchased with dividend discount
62 Shares purchased with optional cash
63 Shares purchased with optional cash discount
64 Shares received - STOCK DIVIDEND
65 Shares received - STOCK SPLIT
66 Shares DEPOSITED for safekeeping
67 Shares DEPOSITED by NAIC or Tempor of the Times
68 Shares TRANSFERRED IN
69 Shares CREDIT adjustment
70 PARTIAL WITHDRAWAL - certificate issued for whole shares
71 PARTIAL WITHDRAWAL - whole shares sold
72 PARTIAL WITHDRAWAL - certificate issued for whole shares; fraction sold
73 PARTIAL WITHDRAWAL - shares sold; shareholder remains in plan
80 PLAN TERMINATION - certificate issued for whole shares; fraction sold
81 PLAN TERMINATION - all shares sold
88 Shares TRANSFERRED OUT
89 Shares DEBIT adjustment

** SERVICE CHARGE
Includes service fees and broker commissions (if applicable)

Please visit our website and log into your account to avoid your account being considered as Abandoned Property.
As a result of the Emergency Economic Stabilization Act of 2008, the IRS requires shareholders to reinvest a minimum of 10% of their share balance each scheduled disbursement date. If your account falls below the 10% mandatory threshold, you will be sent a notification outlining your alternatives for dividend reinvestment.

### SHARE SUMMARY

| HELD BY YOU IN CERTIFICATE FORM | HELD BY US (BOOK) | HELD BY US (PLAN) | TOTAL SHARES HELD | VALUE OF THE TOTAL SHARES BASED ON LAST PURCHASE PRICE |
|---|---|---|---|---|
| .000 | .000 | 12.661 | 12.661 | 1,036.82 |

### YEAR-TO-DATE SUMMARY

| GROSS DIVIDENDS | TAXES WITHHELD | EARNED INCOME | COMMISSION PAID BY COMPANY |
|---|---|---|---|
| 15.40 | .00 | .00 | .00 |

---

Dear Participant:

Your Plan Statement provides you with a record of your current dividend purchase activity, year-to-date transactions, and year-to-date summary. To request a transaction, you can complete the tear-off form at the bottom of the statement and mail it to us. You can also visit our website at www.amstock.com or call us at the toll-free number on the front of this statement to issue a certificate, sell shares or terminate your reinvestment account.

**Please Note:** This Glossary contains terms that are standard throughout the industry. Specific terms and/or transactions may **not** be applicable to your Plan. We urge you to refer to your Plan document if you have any questions.

### A GLOSSARY FOR UNDERSTANDING YOUR STATEMENT

#### CURRENT DIVIDEND PURCHASE INFORMATION
The information in this section only pertains to those shares enrolled in the Plan.

| | |
|---|---|
| Account Number: | Unique account number assigned by American Stock Transfer & Trust Company, LLC to the participant. |
| Record Date: | The date on which you must be a shareholder to be entitled to receive a dividend. |
| Payment Date: | The date on which dividends are paid by the Company. |
| Dividend Rate: | The amount of the dividend paid per share. |
| Gross Amount: | The combined total of shares held on record date multiplied by the rate. |
| Tax Withheld (if any): | The amount of income taxes withheld from your dividend payment prior to investment. |
| Net Amount for Purchase: | The amount available for investment after deduction of taxes. |
| Record Date Certificate(s): | The total number of shares held by you in certificate form on the record date and gross dividends paid on those shares. |
| Record Date Book Shares: | The total number of shares held for you in book entry form by American Stock Transfer & Trust Company, LLC on the record date and gross dividends paid on those shares. |
| Record Date Plan Shares: | The total number of shares held for you in your plan account by American Stock Transfer & Trust Company, LLC on the record date and gross dividends paid those shares. |

#### YEAR-TO-DATE TRANSACTIONS

| | |
|---|---|
| Transaction Date: | The date the transaction occurred in your Plan account. Purchase and sale activity reflects the trade date not the settlement date. The trade date is usually 3 business days prior to the settlement date. |
| Type: | The code representing the transaction (see transaction type). |
| Transaction Amount: | For purchase, it is the net money invested after deduction of service fees and taxes (if applicable). For sales, it is the net proceeds after deduction of fees and commissions. See Plan prospectus for fee information. |
| Service Charge: | The fee charged for processing your transaction(s) (if applicable). |
| Price per Share: | The price per share, adjusted for brokerage commissions (if applicable). |
| Transaction Shares: | The number of shares credited or debited to your Plan account depending on the transaction. |
| Shares Held By Us In Plan Account: | The cumulative total of shares held for you by American Stock Transfer & Trust Company, LLC in your Plan Account. |
| Transaction Type: | Describes the transactions that occurred in your account. |

#### SHARE SUMMARY

| | |
|---|---|
| Held by You in Certificate Form: | Current shares held by you in certificate form. |
| Held By Us (Book): | Total shares held in book format American Stock Transfer and Trust Company, LLC (if applicable). |
| Held By Us (Plan): | Total shares held in Plan account. |
| Total Shares Held: | Total combined shares held in Certificate, Book and Plan form. |
| Value of all shares based on the last purchase price: | The market value of the total shares in the plan as of the last purchase price. |

#### YEAR-TO-DATE SUMMARY*

| | |
|---|---|
| Gross Dividends: | The gross cumulative dividends paid for the year (if applicable). |
| Taxes Withheld: | The amount of taxes, if any, withheld from dividends prior to reinvestment. |
| Earned Income: | The market value of shares purchased with discount. This amount is income and will be reported to the Internal Revenue Service on Tax Form 1099 (if applicable). |
| Commission Paid: | The amount of brokerage commission paid by the Company on your behalf for purchases. This amount is income and will be reported to the Internal Revenue Service on Tax Form 1099 (if applicable). |
| Cash Contributions: | The total amount of optional cash received year-to-date. |

* Note: The year-to-date summary should not be used for tax reporting purposes. You will receive Form 1099 regarding income tax reporting each year.

EXHIBIT 2

SEMPRA ENERGY'S PERCENTAGE RETURNS 2009

| Initial Sum | Months | Interest | Interest Earned | Accrual | Total |
|---|---|---|---|---|---|
| $13.62 | February | 41.57 | $5.66 | $19.28 | |
| | March | 44.90 | $8.66 | $27.94 | |
| | April | 45.82 | $12.80 | $40.74 | |
| | May | 45.68 | $18.61 | $59.35 | |
| | June | 50.80 | $30.15 | $90.50 | |
| | July | 52.52 | $47.53 | $138.03 | |
| | August | 50.94 | $70.31 | $208.34 | |
| | September | 50.24 | $104.68 | $313.02 | |
| | October | 51.45 | $161.05 | $474.07 | |
| | November | 52.68 | $250.71 | $724.78 | |
| | December | 56.88 | $413.25 | $1,138.03 | |

*Note: Stock Purchased January 21, 2009
Percentage Returns From Wall Street Journal

EXHIBIT 3

SEMPRA ENERGY'S PERCENTAGE RETURNS 2010

| Initial Sum | Months | Interest | Interest Earned | Accrual | Total |
|---|---|---|---|---|---|
| $13.62 | January | 50.80 | $578.12 | $1,716.15 | |
| | February | 49.17 | $843.93 | $2,560.08 | |
| | March | 50.26 | $1,286.70 | $3,846.78 | |
| | April | 49.43 | $1,901.46 | $5,748.24 | |
| | May | 46.00 | $2,644.19 | $8,392.43 | |
| | June | 47.50 | $3,986.40 | $12,378.83 | |
| | July | 49.75 | $6,159.47 | $18,538.30 | |
| | August | 51.01 | $9,456.39 | $27,994.69 | |
| | September | 53.73 | $15,041.54 | $43,036.23 | |
| | October | 53.48 | $23,015.67 | $66,051.90 | |
| | November | 49.88 | $32,846.69 | $98,898.59 | |
| | December | 52.37 | $51,793.19 | $150,691.78 | |

*Note: Stock Purchased January 21, 2009
Percentage Returns From Wall Street Journal

EXHIBIT 4

SEMPRA ENERGY'S PERCENTAGE RETURNS 2011

| Initial Sum | Months | Interest | Interest Earned | Accrual | Total |
|---|---|---|---|---|---|
| $13.62 | January | 51.87 | $78,162.91 | $228,854.69 | |
| | February | 53.43 | $122,277.06 | $351,131.75 | |
| | March | 53.75 | $188,733.31 | $539,865.06 | |
| | April | 55.10 | $297,465.65 | $837,330.71 | |
| | May | 54.68 | $459,912.43 | $1,297,243.14 | |
| | June | 52.30 | $678,258.16 | $1,975,502.30 | |
| | July | 50.69 | $1,001,382.11 | $2,976,884.41 | |
| | August | 52.19 | $1,553,635.97 | $4,530,520.38 | |
| | September | 51.41 | $2,329,140.52 | $6,859,660.90 | |
| | October | 54.19 | $3,778,980.24 | $10,638,641.14 | |
| | November | 49.88 | $5,306,554.20 | $15,945,195.34 | |
| | December | 55.00 | $8,219,857.44 | $24,165,052.48 | |

*Note: Stock Purchased January 21, 2009
 Percentage Returns From Wall Street Journal

EXHIBIT 5

SEMPRA ENERGY'S PERCENTAGE RETURNS 2012

| Initial Sum | Months | Interest | Interest Earned | Accrual | Total |
|---|---|---|---|---|---|
| $13.62 | January | 56.97 | $13,766,940.57 | $37,931,993.35 | |
| | February | 58.38 | $22,154,799.72 | $60,086,793.07 | |
| | March | 59.96 | $36,028.041.11 | $96,114,834.18 | |
| | April | 64.80 | $62,282,416.55 | $158,397,259.73 | |
| | May | 64.55 | $102,244,425.35 | $260,641,676.08 | |
| | June | 68.88 | $179,527,764.37 | $440,169,440.45 | |
| | July | 70.86 | $311,904,065.50 | $752,073,505.95 | |
| | August | 66.40 | $499,376,807.95 | $1,251,450,313.90 | |
| | September | 64.49 | $807,060,307.43 | $2,058,510,621.33 | |
| | October | | | | |
| | November | | | | |
| | December | | | | |

*Note: Stock Purchased January 21, 2009
Percentage Returns From Wall Street Journal

Unable To Obtain Percentage Returns
For Oct. – Dec. 2012 From Local Library Microfilm

EXHIBIT 6

SEMPRA ENERGY'S PERCENTAGE RETURNS  2013

| Initial Sum | Months | Interest | Interest Earned | Accrual | Total |
|---|---|---|---|---|---|
| $13.62 | January | 75.08 | $1,545,529,774.49 | $3,604,040,395.82 | |
| | February | 77.70 | $2,800,439,387.55 | $6,404,479,783.37 | |
| | March | 79.94 | $4,919,938,038.82 | $11,324,417,822.19 | |
| | April | 82.48 | $9,340,379,819.74 | $20,664,797,641.93 | |
| | May | 81.68 | $16,878,997,815.03 | $37,543,795,456.95 | |
| | June | 82.44 | $30,950,971,974.71 | $68,494,767,431.66 | |
| | | | | | $68,494,767,432.00 |

*Note: Stock Purchased January 21, 2009
 Percentage Returns From Wall Street Journal